# In the United States District Court
## for the Southern District of Georgia
## Brunswick Division

DUSTIN FRANCIS HAXHO,

        Petitioner,

    v.

WARDEN, FCI JESUP,

        Respondent.

2:25-cv-96

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to deny as moot Respondent's Motion to Dismiss and Petitioner Dustin Haxho's ("Haxho") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Dkt. No. 11. Haxho did not file Objections to this Report and Recommendation, and the time to do so has elapsed. In fact, this Court's mailing was returned as undeliverable, with the notation: "Return to Sender, Refused, Unable to Forward." Dkt. No. 12 at 1.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation

is clear error."). I **DENY as moot** Respondent's Motion to Dismiss and Haxho's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, dkt. nos. 1, 7, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Haxho *in forma pauperis* status on appeal.

**SO ORDERED**, this ___ day of June, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2